Opinion by SHARPE, J.

---

# Harwell v. Forbes.

APPEAL from Circuit Court of Tallapoosa.
Tried before the Hon. N. D. DENSON.

THOMAS L. BULGER and JOHN A. TERRELL, for appellant.

JAMES W. STROTHER and W. M. LACKEY, for appellee.

This action was brought by the appellee against the appellant, and counted upon a promissory note.

From a judgment in favor of the plaintiff, the defendant appeals.

Affirmed.

Opinion by HARALSON, J.

---

# Alford v. The State.

APPEAL from Clay County Court.
Tried before the Hon. W. J. PEARCE.

No counsel marked as appearing for appellant.

CHAS. G. BROWN, Attorney-General, for the State.

The appellant was prosecuted and convicted for trespass after warning.

On this appeal there is no judgment shown except in the bill of exceptions.

The appeal is dismissed.